Samuel B. Pollak, Respondent, v. Port Morris Bank, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Jennie Rinella, Respondent, v. Giovani Rinella, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Betty Robinson, Respondent, v. Seventh Avenue and Forty-second Street Corporation (a Domestic Corporation), Appellant.— Determination affirmed, with costs and disbursements to the respondent. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Chanin Realty Corporation, Respondent, v. Indemnity Insurance Company of North America, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Guiseppe Tomasulo, Respondent, v. Oscar L. Richard and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Hilda Haines, Individually and on Behalf of Herself and Other Stockholders of the S. S. Nohab Co., Inc., Respondents, v. Carl F. Ogren and Alma F. Ogren, Executors, etc., of Charles A. Ogren, Deceased, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

The People of the State of New York, on the Complaint of William J. Tierney, Respondent, v. Leo Guest, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Mary Adelaide Hyland, an Infant, etc., by Mary E. Hyland, Her Guardian ad Litem, Respondent, v. Peter B. Colford and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, O'Malley and Townley, JJ.

In the Matter of the Application of C. Flaskamp & Company and Others to Confirm the Award Made in the Arbitration Proceedings between C. Flaskamp & Company, G. M. B. H. and H. Vom Bruck Sohne, Respondents, and Park Lane Dresses, Inc., Appellant, etc.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Carl C. Parsons, Respondent, v. Browne-Morse Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Otis Elevator Company, Appellant, v. John Rankin, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

William H. Johns, Appellant, v. William W. Townsend, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.